1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                   WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA
8   REGINALD BELL, SR.,

9                            Plaintiff,      No. C10-5612 BHS/KLS

10          v.
                                             ORDER DENYING SECOND MOTION
11  CITY OF FIFE, CITY OF FIFE POLICE        FOR THE APPOINTMENT OF COUNSEL
    OFFICER, FIFE CITY JAIL, and JAIL
12  ADMINISTRATOR,

13                           Defendants.

14          Before the court is Plaintiff's second motion for the appointment of counsel.  Dkt. 10.

15  Plaintiff's first motion for the appointment of counsel, filed less than a month ago, was denied by

16  the court.  Dkts. 5 and 6.  Plaintiff raises no new grounds in this latest motion.
17
            Accordingly, it is **ORDERED:**
18
        (1)     Plaintiff's second motion for the appointment of counsel (Dkt. 10) is **DENIED.**
19
        (2)     The Clerk is directed to send copies of this Order to Plaintiff.
20
21
            DATED this  12th  day of October, 2010.
22
23
24                                           Karen L. Strombom
                                             United States Magistrate Judge
25
26

ORDER DENYING MOTION FOR COUNSEL - 1