# United States District Court

WESTERN DISTRICT OF WASHINGTON

REGINALD BELL, SR.,

            v.

CITY OF FIFE, et al,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5612BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. **ADOPTS** Magistrate Judge Strombom's R&R. Bell's complaint is **DISMISSED without prejudice** and this dismissal **counts as a strike** pursuant to 28 U.S.C. 1915 (g).

    January 12, 2011                                             WILLIAM M. McCOOL
        Date                                                                     Clerk

                                                    *s/ Mary Trent*
                                                           Deputy Clerk